**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**RONNIE MICHAEL LEE                                                                   PETITIONER**

**V.                                            CIVIL ACTION NO. 3:14CV668HTW-LRA**

**CAROLYN W. COLVIN                                                                 RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

This court denies plaintiff's motion to proceed in forma pauperis.  Plaintiff shall be given ninety days to pay the filing fee in this cause; all of the costs associated with the filing of this lawsuit should be paid on or before December 3, 2014.  If plaintiff does not pay the filing fee by December 3, 2014, this case will be dismissed without prejudice with no further notice to plaintiff.

**SO ORDERED, THIS THE 30th DAY OF September, 2014.**

                                        **s/ HENRY T. WINGATE
                                                    UNITED STATES DISTRICT JUDGE**