**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**RONNIE MICHAEL LEE**                                                                              **PLAINITIFF**

**V.**                                                           **CIVIL CAUSE NO. 3:14-CV-668-HTW-LRA**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson and plaintiff Ronnie Michael Lee's written objection to the proposed findings and recommendation.  Based upon the findings therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, THIS THE 29th DAY OF FEBRUARY, 2016.**

                                                                          **s/ HENRY T. WINGATE**
                                                                          **UNITED STATES DISTRICT JUDGE**